(March 22, 1971)

HOWARD BENDER, Appellant, v. SYLVIA BENDER, Respondent.—

Hopkins, Acting P. J., Christ, Brennan and Benjamin, JJ., concur. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 3 OF THE TOWN OF HUNTINGTON, Appellant-Respondent, v. ASSOCIATED TEACHERS OF HUNTINGTON, INC., Respondent-Appellant.—